IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01906-WYD-BNB

WESTERN STAR AG RESOURCES, INC., a Delaware corporation, and
GREATER SALINA COMMUNITY FOUNDATION, a Kansas corporation,

Plaintiff,

v.

SOUTHERN CROSS RANCH, LLC, a Georgia limited liability company,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 26, filed June 21, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 31, 2007**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 29, 2007**;

Discovery Cut-off: **September 30, 2007**;
Dispositive Motion Deadline: **November 1, 2007**.

IT IS FURTHER ORDERED that the Pretrial Conference set for September 28, 2007, is **vacated and reset to January 7, 2008, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **December 31, 2007**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  June 22, 2007