IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01906-WYD-BNB

WESTERN STAR AG RESOURCES, INC., a Delaware corporation, and
GREATER SALINA COMMUNITY FOUNDATION, a Kansas Corporation,

    Plaintiffs,

v.

SOUTHERN CROSS RANCH, LLC, a Georgia limited liability company,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice, filed by the parties on August 27, 2007 (docket #33).  Upon review of the Stipulation and the file herein, it is hereby

ORDERED that this action is **DISMISSED WITH PREJUDICE**, each party to pay its own costs, attorney's fees, and expenses.

Dated:  August 29, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge